AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

LARRY GENE MOORE,

Petitioner,

v.

JANE PARNELL,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-5021-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report and Recommendation (Ct. Rec. 17) to deny the Petition for Writ of Habeas Corpus is ADOPTED in its entirety.

| | |
|---|---|
| 9/4/09 | JAMES R. LARSEN |
| Date | Clerk |
| | s/ Karen White |
| | *(By) Deputy Clerk* |
| | Karen White |